IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAMUEL LEE WHITE,

    Plaintiff,                        No. CIV S-07-1497 LEW JFM P

  vs.

Warden D.K. SISTO, et al.,

    Defendants.                ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. By order filed July 25, 2007, plaintiff's claims were severed from those of seven other inmates and plaintiff was granted thirty days in which to file an individual amended complaint and an application to proceed in forma pauperis.

        On August 29, 2007, plaintiff filed a motion for an extension of time to file an amended complaint pursuant to the court's order of July 25, 2007. Good cause appearing, plaintiff's request will be granted. Plaintiff has also requested a court order requiring that he be provided a minimum of ten hours a week of access to the prison law library. Plaintiff's request is identical to a request presented by another plaintiff whose claims were severed in this court's July 25, 2007 order, Harmon v. Sisto, Case No. CIV S-07-1495 LEW JFM P. In Harmon, the court has directed the Office of the Attorney General to respond to the allegations concerning

1 inadequate law library access at California State Prison-Solano.  Plaintiff's request for court-
2 ordered access to the law library will be deferred pending receipt of the Attorney General's
3 response in <u>Harmon</u>.

In accordance with the above, IT IS HEREBY ORDERED that:

1.  Plaintiff's August 29, 2007 motion for an extension of time is granted;

2.  Plaintiff is granted thirty days from the date of this order in which to file an amended complaint; and

3.  Plaintiff's August 29, 2007 motion for court-ordered access to the prison law library is deferred.

DATED: September 12, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

/mp/001
whit1497.36